William S. Wolfson, Esq., L.L.C.
1100 Liberty Court
260 Route 202
Flemington, NJ 08822
908 782-9333
Attorney for Hocroft Associates
Our File No.
WW 4019

| IN THE MATTER OF<br><br>Office Gallery at Bridgewater LLC,<br>Debtor(s) | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>JUDGE:  KATHRYN C. FERGUSON<br>CASE NO.: 04-49679<br>CHAPTER  7<br>HEARING DATE: 6/8/2009  10:00AM<br>**CERTIFICATION IN SUPPORT OF MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO HOCROFT ASSOCIATES PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTION 2041** *ET. SEQ.* |
|---|---|

Ron Leppke, of American Property Locators, Inc., certifies under penalty of perjury as follows:

1. I am an officer of American Property Locators, Inc.  I am duly authorized by Hocroft Associates, the creditor who has the right to unclaimed funds to make this claim.  To the best of my knowledge, information and belief, the sum of  ($3,898.40) is due, owing and unpaid to this creditor.

2. Hocroft Associates is the creditor who has the right to these unclaimed funds deposited with the Court.  This Claimant was a creditor of the Debtor named above.

3. The Claimant was due to receive and the Trustee did, in fact, make a distribution from the estate of the Debtor in the amount of $3,898.40.

4. The check forwarding the funds was returned uncashed and undelivered since the address the debtor scheduled was:

( ) not accurate

( ) not updated after the creditor claimant had moved, or

(X) (Other) The Court records reflect the address of Hocroft Associates' attorney. The correct address is Third Floor, 520 US Highway 22, Bridgewater, NJ 08807.

The Claimant was not located by the debtor or the trustee and the funds due to the Claimant were paid into the Court pursuant to **11 U.S.C. § 347 and Local Bankruptcy Rule D.N.J. LBR 3011-1 (UNCLAIMED FUNDS)**.

5. Pursuant to 11 U.S.C. § 347 and Chapter 129 of the 28, United States Code, I ask that the Court issue an Order directing the Clerk of the Bankruptcy Court to send payment to designee American Property Locators, Inc. and that payment be made to the order of the original creditor set forth in the proposed form of Order.

6. A copy of the Limited Power of Attorney or other authority approving payment of funds owed to the Claimant to Ron Leppke, c/o American Property Locators, Inc., 3855 South Boulevard Street, Suite 200, Edmond, Oklahoma 73013 is annexed as *Exhibit A*.

7. Proof of the right to the original payment of the unclaimed funds is attached.

8. The proper identification of the claimant is shown by:

check one    ( ) claimant's social security number is:

(X) claimant's employer's identification number is:  22-2276286

( ) certification of the claimant's lawful authority to apply for these funds is:

9. Check if applicable: ( ) the current claimant is the lawful successor in interest to the original claimant in the funds claimed.

( ) the proof of any name change, assignment or other documentation is attached.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I am subject to punishment.

| Dated: April 30, 2009 | /s/ Ron B. Leppke_____<br>Ron B. Leppke, President<br>American Property Locators, Inc.<br>3855 South Boulevard Street, Suite 200<br>Edmond, Oklahoma 73013<br>405 340-4900 |
|---|---|