# SERVICE LIST
## Hocroft Associates, CASE NO. 04-49679

Office of the United States Attorney
502 Federal Building
970 Broad Street, Room 700
Newark, NJ  07102

Office of the United States Trustee
One Newark Center
Suite 2100
Newark, New Jersey 07102

Barry Frost
Teich Groh
691 State Highway 33
Trenton, NJ  08619
*Attorney for Debtor*

Daniel E. Straffi
670 Commons Way, Building I
Toms River, NJ  08755
*Trustee*

Office Gallery at Bridgewater LLC
Box 6874
991 US Highway 22
Bridgewater, NJ  08807
*Debtor(s)*

Ron B. Leppke
American Property Locators, Inc.
3855 South Boulevard Street, Ste 200
Edmond, Oklahoma 73013
Attorney-In-Fact-For
Hocroft Associates