# EXHIBIT A

## LIMITED POWER OF ATTORNEY

Hocroft Associates, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Ron B. Leppke of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**<u>Only</u> to recover cash or cash equivalents <u>specifically arising from the Office Gallery at Bridgewater LLC bankruptcy matter</u> that belong to the Principal**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 27th day of April, 2009.

**PRINCIPAL:**
Hocroft Associates
(Tax ID # 22-2276286)

By: _____
Title: Chief Financial Officer

PRINCIPAL'S ADDRESS:
Third Floor
520 US Highway 22
Bridgewater, NJ 08807

### ACKNOWLEDGMENT

STATE OF NEW JERSEY )
COUNTY OF SOMERSET )

Before me, the undersigned a Notary Public, in and for said County and State on this 27th day of April, 2009, personally appeared JEFF I. RAUCHBACH to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its CFO and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
June 27, 2010

Notary _____

MAUREEN SEPE
A Notary Public of New Jersey
My Commission Expires June 27, 2010

# HOCROFT ASSOCIATES
### 520 US Highway 22
### PO Box 6872
### Bridgewater, NJ 08807

Tel. (908) 725-8100                                                                                          Fax (908) 725-7127

April 27, 2009

Ron B. Leppke, President
American Property Locators, Inc.
3855 South Blvd. – Suite 200
Edmond OK 73013

RE:   Unclaimed Funds
      Debtor: Office Gallery at Bridgewater LLC
      Amount: $3,898.40

Dear Mr. Leppke:

Pursuant to our agreement, enclosed please find Limited Power of Attorney, which has been signed and notarized, and the Tax Identification Number for Hocroft Associates noted. Also enclosed is my business card.

Please keep me apprised of your progress.

Very truly yours,

Jeff I. Rauchbach
Chief Financial Officer

JIR/ms
Enc.
cc:   Murray Kushner