| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY |
| William S. Wolfson, Esq., L.L.C. <br> 1100 Liberty Court <br> 260 Route 202 <br> Flemington, NJ 08822 <br> 908 782-9333 <br> Attorney for Hocroft Associates <br> Our File No. <br> WW 4019 |
| IN THE MATTER OF <br><br> Office Gallery at Bridgewater LLC, Debtor |

CASE NO.: 04-49679
CHAPTER 7
HEARING DATE: 6/8/2009 10:00 AM
JUDGE: KATHRYN C. FERGUSON

**ORDER DIRECTING PAYMENT OF FUNDS TO HOCROFT ASSOCIATES
PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTION 2041 *ET. SEQ.***

The relief set forth on the following pages, numbered two through \_\_\_\_, is hereby ORDERED.

Page 2
Debtor: Office Gallery at Bridgewater LLC,
Case No.: 04-49679
Caption of Order: **ORDER DIRECTING PAYMENT OF FUNDS TO HOCROFT ASSOCIATES PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTION 2041 *ET. SEQ.***

**THIS MATTER,** having come before the Court by way of Motion for an Order Directing Payment of Funds to Hocroft Associates, through its designee, American Property Locators, Inc., by and through counsel, attorney, William S. Wolfson, Esq. appearing, and the Court having considered the pleadings filed in support of the relief requested, and having further considered objections, if any, to said relief, and good and sufficient notice of the Motion having been given, and good and sufficient cause appearing for entry of this Order, it is

**ORDERED,** that the Motion for an Order Directing Payment of Funds to the Claimant shall be and is hereby granted in all respects; an it is further

**ORDERED,** that the Clerk shall be and is hereby authorized and directed to tender payment of funds held in the registry of this Court payable to Hocroft Associates pursuant to 11 U.S.C. § 347 and sent to attorney-in-fact, Ron B. Leppke, c/o American Property Locators, Inc., 3855 South Boulevard Street, Suite 200, Edmond, Oklahoma 73013 in the sum of no less than Three Thousand Eight Hundred Ninety-Eight dollars and Forty cents ($3,898.40) for the benefit of and waiting request of the Claimant.

_____
**HONORABLE KATHRYN C. FERGUSON**
United States Bankruptcy Court for the
District of New Jersey